Certificate Number: 00437-PAM-DE-031740644

Bankruptcy Case Number: 18-02904



00437-PAM-DE-031740644

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 10, 2018, at 10:11 o'clock AM MDT, Charles Schuchman completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 10, 2018    By: /s/Kimberly Jackson

Name: Kimberly Jackson

Title: Accredited Financial Counselor